IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-02635-RPM

JACK N. ROSS, II, and
KIMBERLY K. ROSS,

      Plaintiffs,

v.

JAY MORGNER,

      Defendant.

**Minute Order Entered by Senior Judge Richard P. Matsch:**


s/M. V. Wentz
 Secretary


      Plaintiff's Unopposed Motion to Vacate and Reschedule February 11, 2010 Scheduling Conference [7] is granted.  The conference is **rescheduled for February 25, 2010**, **at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  The deadline for submitting a proposed scheduling order directly to chambers is extended to **February 18, 2010.**


DATED: January 22, 2010