IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02635-RPM-KMT

JACK N. ROSS II, and
KIMBERLY K. ROSS,

    Plaintiffs,

v.

JAY MORGNER,

    Defendant.

_____

ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE
FIRST AMENDED COMPLAINT
_____

    The Court has considered Plaintiff's Motion for Leave to File First Amended Complaint. The Motion is unopposed and is timely within the deadline for amendments set by the Scheduling Order. It is

    ORDERED that the motion is granted.

    DATED: April 1st, 2010

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior District Judge