IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02635-RPM-KMT

JACK N. ROSS II and KIMBERLY K. ROSS,

Plaintiffs,

v.

JAY MORGNER,

Defendant.

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION
FOR LEAVE TO AMEND COUNTERCLAIMS**

---

Upon review of the Defendant Unopposed Motion for Leave to Amend Counterclaims [22], it is hereby

**ORDERED**, that the Motion is granted, and Defendant's Amended Counterclaims attached to the Motion as Exhibit 1 is accepted for filing.

Dated this 2nd day of April, 2010.

                                            BY THE COURT:

                                            s/Richard P. Matsch
                                            _____
                                            Richard P. Matsch, Senior Judge