IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Richard P. Matsch
Senior United States District Judge

Civil Action No. 09 CV 02635-RPM-KMT

**JACK N. ROSS II AND**
**KIMBERLY K. ROSS,**

    **Plaintiffs,**
**-vs-**

**JAY MORGNER,**

    **Defendant.**

___

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE
AMENDED ANSWER TO DEFENDANT'S AMENDED COUNTERCLAIMS**
___

Upon consideration of plaintiff's motion for leave to file an amended answer to defendant's amended counterclaims [27], it is

ORDERED that the motion is granted and Plaintiffs' Amended Answer to Defendant's Amended Counterclaims attached thereto is accepted for filing.

DATED: April 9th, 2010

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior United States District Judge