IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Richard P. Matsch
Senior United States District Judge

Civil Action No. 09-cv-02635-RPM-KMT

**JACK N. ROSS II and
KIMBERLY K. ROSS,**

    **Plaintiffs,**
**-vs-**

**JAY MORGNER,**
    **Defendant.**

_____

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED ANSWER TO DEFENDANT'S AMENDED COUNTERCLAIMS**
_____

    Upon consideration of Plaintiffs' Motion for Leave to File Second Amended Answer to Defendant's Amended Counterclaims (Document 30), it is

    ORDERED that the motion is granted and Plaintiffs' Second Amended Answer to Defendant's Amended Counterclaims attached thereto is accepted for filing.

    DATED: April 12th, 2010

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior District Judge