IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:              July 7, 2010
Courtroom Deputy:  J. Chris Smith
FTR Technician:    Kathy Terasaki

───────────────────────────────────────────────────────────────────────────────

Civil Action No. 09-cv-02635-RPM

JACK N. ROSS, II, and                                George M. Allen
KIMBERLY K. ROSS,

       Plaintiffs,

v.

JAY MORGNER,                                         Daniel D. Williams

       Defendant.

───────────────────────────────────────────────────────────────────────────────

## COURTROOM MINUTES
───────────────────────────────────────────────────────────────────────────────

**Scheduling Conference**

**1:58 p.m.         Court in session.**

Plaintiff Jack N. Ross, II present.
Kenneth L. Levinson and Bernadette J. Wasilik are present for interested party Peter Johnson of Hermitage Land Company.

Court's preliminary remarks.

2:06 p.m.          Argument by Mr. Williams.

**ORDERED:**   **Motion of Hermitage Land Company and Peter Johnson to Modify Subpoena, filed June 1, 2010 [47], the subpoena is quashed.**

              **Plaintiffs' Second Resubmitted Motion for Partial Summary Judgment, filed May 3, 2010 [40], is granted as to defendant's counterclaims except for breach of contract.**

Court admonishes Mr. Williams regarding 28 U.S.C. § 1927.

2:11 p.m.          Argument by Mr. Allen [54].
                   Statement by Mr. Ross.
2:19 p.m.          Argument by Mr. Williams.

**ORDERED:**   **Defendant Morgner's Motion to Compel Discovery Responses, filed June 28, 2010 [54], is resolved as stated on record.**

**2:23 p.m.         Court in recess.**        Hearing concluded.  Total time: 25 min.