IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-02635-RPM

JACK N. ROSS, II, and
KIMBERLY K. ROSS,

     Plaintiffs,
v.

JAY MORGNER,

     Defendant.

_____

ORDER FOR STATUS REPORT
_____

On August 24, 2010, plaintiff's counsel advised the Court that a settlement had been reached in this case. Nothing further has been filed and it is therefore

ORDERED that on or before September 27, 2010, counsel shall submit a stipulation for dismissal or a status report.

Dated: September 20, 2010

                         BY THE COURT:

                         s/Richard P. Matsch

                         _____
                         Richard P. Matsch, Senior District Judge