IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-02635-RPM

JACK N. ROSS, II, and
KIMBERLY K. ROSS,

    Plaintiffs,

v.

JAY MORGNER,

    Defendant.

_____

ORDER FOR DISMISSAL
_____

Pursuant to the Stipulation of Dismissal of All Claims with Prejudice [62] filed on September 21, 2010, it is

ORDERED that this action is dismissed with prejudice, each side to bear their own attorneys' fees and costs.

Dated: September 22nd, 2010

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge